UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

# CIVIL MINUTES – GENERAL

| Case No. | 8:25-cv-01839-FWS-(DFMx) | Date | November 17, 2025 |
|---|---|---|---|
| Title | Julio Cruz v. NMTC LLC, et al. | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Damian Velazquez for Rolls Royce Paschal | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT

The court, having been advised by a Notice of Settlement [20] that this action settled, hereby orders this action dismissed without prejudice. The court hereby orders all proceedings in the case vacated and taken off calendar.

The court retains jurisdiction for **30 days** to vacate this order and to reopen the action upon a showing of good cause that the settlement has not been completed. This order shall not prejudice any party in this action.

Any pending Order to Show Cause is hereby discharged.

| | 0 : 00 |
|---|---|
| Initials of Deputy Clerk | dve |

cc: